JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>JESSE MENDIVIL, SR.,<br><br>　　　　Defendant/Petitioner. | Case No. **EDCV 20-1577 VAP**<br>(EDCR 14-107 VAP)<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 3/24/21

　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　United States District Judge

1